**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

<u>Eastern</u>          District of <u>Missouri</u>
                              (State)

Case number (*if known*): <u>24-</u>          Chapter <u>11</u>

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Midwest Christian Villages, Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   d/b/a Christian Horizons

3. **Debtor's federal Employer Identification Number (EIN)**

   2 6 – 0 2 7 5 0 0 9

4. **Debtor's address**

   **Principal place of business**

   2 Cityplace  Dr
   Number     Street

   Suite  200

   St. Louis,          MO  63141-7390
   City          State     ZIP Code

   St. Louis City
   County

   **Mailing address, if different from principal place of business**

   Number     Street

   P.O. Box

   City          State     ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number     Street

   City          State     ZIP Code

5. **Debtor's website** (URL)

   https://christianhorizonsliving.org

| Debtor | Midwest Christian Villages, Inc. | Case number *(if known)* 24- |
|---|---|---|
| | Name | |

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>6</u>   <u>2</u>   <u>3</u>   <u>3</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor   Midwest Christian Villages, Inc. _____    Case number (if known) 24-_____
       Name

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☐ Yes.   District _____   When _____   Case number _____
                                  MM / DD / YYYY

         District _____   When _____   Case number _____
                                  MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☐ Yes.   Debtor   See Schedule 1, attached. _____   Relationship _____

         District _____   When _____
                                           MM / DD / YYYY

         Case number, if known _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

     **Why does the property need immediate attention?** *(Check all that apply.)*

     ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

        What is the hazard? _____

     ☐ It needs to be physically secured or protected from the weather.

     ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

     ☐ Other _____

     **Where is the property?** _____
                         Number     Street

                         _____

                         _____   _____
                         City                   State ZIP Code

     **Is the property insured?**

     ☐ No

     ☐ Yes. Insurance agency _____

         Contact name _____

         Phone _____

---

**Statistical and administrative information**

---

| Debtor | Midwest Christian Villages, Inc. | Case number (if known) 24- |
|---|---|---|
| | Name | |

**13. Debtor's estimation of available funds**

Check one:

❏ Funds will be available for distribution to unsecured creditors.

❏ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

❏ 1-49
❏ 50-99
❏ 100-199
❏ 200-999

❏ 1,000-5,000
❏ 5,001-10,000
❏ 10,001-25,000

❏ 25,001-50,000
❏ 50,001-100,000
❏ More than 100,000

**15. Estimated assets**

❏ $0-$50,000
❏ $50,001-$100,000
❏ $100,001-$500,000
❏ $500,001-$1 million

❏ $1,000,001-$10 million
❏ $10,000,001-$50 million
❏ $50,000,001-$100 million
❏ $100,000,001-$500 million

❏ $500,000,001-$1 billion
❏ $1,000,000,001-$10 billion
❏ $10,000,000,001-$50 billion
❏ More than $50 billion

**16. Estimated liabilities**

❏ $0-$50,000
❏ $50,001-$100,000
❏ $100,001-$500,000
❏ $500,001-$1 million

❏ $1,000,001-$10 million
❏ $10,000,001-$50 million
❏ $50,000,001-$100 million
❏ $100,000,001-$500 million

❏ $500,000,001-$1 billion
❏ $1,000,000,001-$10 billion
❏ $10,000,000,001-$50 billion
❏ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/16/2024
MM / DD / YYYY

✗ _Kathleen Bertram_                                Kate Bertram
Signature of authorized representative of debtor        Printed name

Title Chief Operating Officer

Debtor   Midwest Christian Villages, Inc.                                      Case number (*if known*)  24-

Name

---

**18.  Signature of attorney**

✖   /s/ David A. Sosne                          Date   07/16/2024

Signature of attorney for debtor                        MM  / DD / YYYY

David A. Sosne

Printed name

Summers Compton Wells LLC

Firm name

903 South Lindbergh Blvd., Suite 200

Number       Street

St. Louis,                                    MO        63131

City                                          State       ZIP Code

(314) 991 - 4999                                dsosne@scw.law

Contact phone                                   Email address

28365                                          MO

Bar number                                     State

---

**Schedule 1**

Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case, collectively, the "**Debtors**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of Missouri. The Debtors have filed a motion requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

| | DEBTOR NAME | EIN NUMBER |
|---|---|---|
| 1. | Midwest Christian Villages, Inc., d/b/a Christian Horizons | 26-0275009 |
| 2. | Hickory Point Christian Village, Inc., d/b/a Hickory Point Christian Village – f/k/a Fair Havens Hickory Point Christian Village | 37-0987659 |
| 3. | Lewis Memorial Christian Village | 51-0173104 |
| 4. | Senior Care Pharmacy Services, LLC | 30-0971176 |
| 5. | New Horizons PACE MO, LLC | 88-2494745 |
| 6. | Risen Son Christian Village | 42-1279738 |
| 7. | Spring River Christian Village, Inc. | 43-1341462 |
| 8. | Christian Homes, Inc.,  d/b/a The Christian Village, d/b/a Washington Christian Village and d/b/a Wabash Christian Village | 37-0841562 |
| 9. | Crown Point Christian Village, Inc., f/k/a Chicago Land Christian Village, Inc. | 31-1114614 |
| 10. | Hoosier Christian Village, Inc., d/b/a Hoosier Christian Village | 23-7423749 |
| 11. | Johnson Christian Village Care Center, LLC d/b/a Johnson Christian Village | 47-1908262 |
| 12. | River Birch Christian Village, LLC d/b/a River Birch Living, d/b/a The Ambrose at Panther Creek | 84-3647232 |
| 13. | Washington Village Estates, LLC | 20-5109088 |
| 14. | Christian Horizons Living, LLC f/k/a Christian Horizons LLC | 84-3634871 |

| 15. | Wabash Christian Therapy and Medical Clinic, LLC d/b/a Wabash Christian Therapy | 38-3922894 |
|---|---|---|
| 16. | Wabash Christian Village Apartments, LLC | 88-2668352 |
| 17. | Wabash Estates, LLC | 20-5108743 |
| 18. | Safe Haven Hospice of Southern Illinois, LLC | 32-0487209 |
| 19. | Heartland Christian Village, LLC | 20-5130196 |
| 20. | Midwest Senior Ministries, Inc. | 20-1053401 |
| 21. | Shawnee Christian Nursing Center, LLC d/b/a Shawnee Christian Village | 20-5130068 |

## RESOLUTIONS OF THE BOARD
## OF MIDWEST CHRISTIAN VILLAGES, INC.

July 11, 2024

At a meeting of the board of Midwest Christian Villages, Inc. (the "Company") held July 11, 2024 in which a quorum of the board members were in attendance, the following resolutions were adopted:

**RESOLVED**, that in the judgment of the Board, it may be desirable and in the best interests of the Company, its creditors, the charitable mission and other interested parties, to take certain actions to protect the assets of the Company from creditors, including, without limitation, to cause a voluntary petition to be filed by the Company seeking relief under the provisions of chapter 11, title 11, of the United States Code (the "Bankruptcy Code") and to take any related actions necessary to file for and effectuate bankruptcy protection in the United States Bankruptcy Court for the Eastern District of Missouri (the "Bankruptcy Court") and to take other actions in and during the bankruptcy case; and it is

**FURTHER RESOLVED**, that Kate Bertram (President and CEO), Barb Shepard (Chief Human Resources & Compliance Officer) and/or Kenna Hudson (Controller) (each an "Authorized Officer" and together the "Authorized Officers") are, and each of them hereby is, authorized, on behalf of and in the name of the Company, to take all actions deemed necessary or appropriate to protect the assets of the Company and seek protection from creditors, including without limitation, if they deem it appropriate, to execute and verify or certify a voluntary petition under chapter 11 of the Bankruptcy Code and to sign or authorize any and all other pleadings, instruments, documents or actions appropriate and desirable, as determined by them in the exercise of their discretion, prior to and throughout the course of the bankruptcy case; and it is

**FURTHER RESOLVED**, that each of the Authorized Officers of the Company be, and each of them hereby is, authorized to continue the retention of the Company's existing professionals (including, without limitation, the law firms of Dentons US LLP and Summers Compton Wells, the investment banking firm of B.C. Ziegler and Company, Plante Moran as auditor and tax consultant and Kurtzman Carson Consultants, LLC dba Verita Global as claims and noticing agent) and to approve the engagement of such other counsel or other professionals as determined by the Authorized Officers to render services to and to represent the Company in connection with any proceeding under the Bankruptcy Code, and any other related matter in connection therewith as any of the Authorized Officers of the Company, and such other officers as they shall from time to time designate, shall approve and to continue to pay retainers to such firms as set forth in their respective engagement letters; and it is

**FURTHER RESOLVED,** that the appointment of Healthcare Management Partners, LLC as Chief Restructuring Officer effective July 16, 2024 on substantially the terms set forth in the engagement letter presented to the Board is hereby approved; and it is

**FURTHER RESOLVED**, that each of the Authorized Officers of the Company be, and each of them hereby is, authorized to obtain Chapter 11 Debtor in Possession financing and use of

## CERTIFICATE OF RESOLUTION

The undersigned hereby certifies that the undersigned is the Secretary of Midwest Christian Villages, Inc. (the "Company"), and that annexed hereto is a true and correct copy of resolutions duly adopted by the Board of the Company at a meeting held on July 11, 2024 and that such resolutions have not been rescinded and remain in full force and effect on the date hereof.

IN WITNESS WHEREOF, the undersigned has hereunto set undersigned's hand and affixed the seal of the Company as of July 16, 2024.

**V. Scott Williams**

_____
Secretary

- 3 -

**Fill in this information to identify the case:**

Debtor name __Midwest Christian Villages, Inc.__

United States Bankruptcy Court for the: _____ District of __Missouri__

(State)

Case number (If known): __24-_____ _____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Consolidated Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 50 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 50 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1. | Derek Hopp as Executor of the Estate of c/o Kelly & Castagna LLC 121 N Main St. Fl 3 Bloomington, IL 61701 | Laura Castagna Email: laura@injurylawbloomington.com | Litigation | | | | $1,666,839.89 |
| 2. | Select Rehabilitation, LLC PO Box 71985 Chicago, IL 60694 | Timothy Makowski Email: tim.makowski@selectrehab.com | Trade Payables | | | | $1,227,534.74 |
| 3. | Aegis Therapies Inc 4933 Old Greendwood Road Fort Smith, AR 72903 | Barbara Duvall Email: Barbara.Duvall@aegistherapies.com | Trade Payables | | | | $1,012,589.61 |
| 4. | AmerisourceBergen 905 N Main Street Austin, MN 55912 | David Albrecht Email: david.albrecht@astrupcompanies.com | Trade Payables | | | | $444,051.37 |
| 5. | AETNA PO Box 804735 Chicago, IL 60680 | Robert Chibbaro Email: ChibbaroR1@aetna.com | Trade Payables | | | | $438,133.10 |
| 6. | Shores Builders Inc. 2222 East McCord Street Centralia, IL 62801 | Gregory S. McCoy Email: gmccoy@shoresbuilders.com | Trade Payables | | | | $396,086.61 |
| 7. | Macon County Collector 141 S Main St, Room 302 Decatur, IL 62523 | John D. Jackson | Taxes | | | | $381,474.06 |
| 8. | Michael Colliver & Jacqueline Boring, FO c/o Levin & Perconti 325 North LaSalle, Suite 300 Chicago, IL 60654 | Jaime Koziol Delaney Email: jak@levinperconti.com | Litigation | | | | $350,000.00 |

Debtor: __Midwest Christian Villages, Inc.__     Case number (*if known*) 24-_____
Name

| | | | | | | |
|---|---|---|---|---|---|---|
| 9. | Gordon Food Service, Inc.<br>342 Gordon Industrial Way<br>Shepherdsville, KY 40165 | Chris Pitcher<br>Email: jak@levinperconti.com | Trade Payables | | | $342,057.70 |
| 10. | Synergi Partners Inc<br>PO Box 5599<br>Florence, SC 29502 | Aaron Platt<br>Email: aplatt@synergipartners.com | Trade Payables | | | $300,704.28 |
| 11. | Holladay Construction Group LLC<br>3454 Douglas Road<br>Ste 250<br>South Bend, IN 46635 | Shannon Hyduk<br>Email: shyduk@hcgllc.net | Trade Payables | | | $268,576.66 |
| 12. | Sangamon County Tax Collector<br>200 S 9th Street<br>Springfield, IL 62701 | Joe Aiello | Tax | | | $221,787.36 |
| 13. | Sentinel Technologies, Inc.<br>PO Box 85080<br>Chicago, IL 60680 | Michelle Knapczyk<br>Email: mknapczyk@sentinel.com | Trade Payables | | | $188,741.48 |
| 14. | Medline Industries, Inc.<br>Lockbox 14400<br>5505 N Cumberland Ave<br>Ste 307<br>Chicago, IL 60656 | John Cervino<br>Email: jcervino@medline.com | Trade Payables | | | $185,858.25 |
| 15. | Resident #1 - Hickory Point Christian Village<br>[REDACTED] | [REDACTED] | Resident Deposit | | | $175,579.20 |
| 16. | Resident #2 - Hickory Point Christian Village<br>[REDACTED] | [REDACTED] | Resident Deposit | | | $175.572.00 |
| 17. | Resident #3 - Hickory Point Christian Village<br>[REDACTED] | [REDACTED] | Resident Deposit | | | $175.572.00 |
| 18. | Resident #4 - Hickory Point Christian Village<br>[REDACTED] | [REDACTED] | Resident Deposit | | | $170,465.40 |
| 19. | Resident #5 - Hickory Point Christian Village<br>[REDACTED] | [REDACTED] | Resident Deposit | | | $170,458.20 |
| 20. | Resident #6 - Lewis Memorial Christian Village<br>[REDACTED] | [REDACTED] | Resident Deposit | | | $167,300.10 |
| 21. | Resident #7 - Lewis Memorial Christian Village<br>[REDACTED] | [REDACTED] | Resident Deposit | | | $162,427.50 |
| 22. | Resident #8 - Lewis Memorial Christian Village<br>[REDACTED] | [REDACTED] | Resident Deposit | | | $160,224.30 |
| 23. | Resident #9 - Hickory Point Christian Village<br>[REDACTED] | [REDACTED] | Resident Deposit | | | $154,782.00 |

Debtor: __Midwest Christian Villages, Inc.____    Case number (*if known*) 24-_____
Name

| 24. | Resident #10 - Hickory Point Christian Village [REDACTED] | [REDACTED] | Resident Deposit | | | | $138,330.00 |
|---|---|---|---|---|---|---|---|
| 25. | Resident #11 - Risen Son Christian Village [REDACTED] | [REDACTED] | Resident Deposit | | | | $136,019.70 |
| 26. | Resident #12 - Hickory Point Christian Village [REDACTED] | [REDACTED] | Resident Deposit | | | | $135,249.30 |
| 27. | Resident #13 - Hickory Point Christian Village [REDACTED] | [REDACTED] | Resident Deposit | | | | $135,249.30 |
| 28. | Resident #14 - Risen Son Christian Village [REDACTED] | [REDACTED] | Resident Deposit | | | | $132,016.50 |
| 29. | Resident #15 - Lewis Memorial Christian Village [Redacted] | [REDACTED] | Resident Deposit | | | | $128,520.00 |
| 30. | Resident #16 -Crown Point Christian Village [REDACTED} | [REDACTED] | Resident Deposit | | | | $120,678.50 |

**Fill in this information to identify the case and this filing:**

Debtor Name __Midwest Christian Villages, Inc.__

United States Bankruptcy Court for the: __Eastern__ District of __Missouri__
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __07/16/2024__
MM / DD / YYYY

✘ *Kathleen Bertram*
Signature of individual signing on behalf of debtor

__Kate Bertram__
Printed name

__Chief Operating Officer__
Position or relationship to debtor