# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| IN RE: | ) | IN PROCEEDINGS UNDER |
| | ) | CHAPTER 11 |
| Midwest Christian Villages. Inc., et al | ) | |
| | ) | Case No. 24-42473 |
| | ) | |
| Debtor(s). | ) | Jointly Administered |
| | ) | |
| | ) | Objection Deadline: September 4, 2024 |
| | ) | Hearing Date: September 11, 2024 |
| | ) | Hearing Time: 10:00 a.m. (Central Time) |
| | ) | Hearing Location:  Courtroom 7 North |

## NOTICE OF HEARING ON MOTION AND DEADLINE FOR OBJECTIONS

**PLEASE TAKE NOTICE**: The Motion listed below (the "Motion") is scheduled for hearing on September 11, 2024 at 10:00 a.m. (Central Time) at the United States Bankruptcy Court for the Eastern District of Missouri, Eastern Division, Thomas F. Eagleton US Courthouse, 111 S. 10th Street, Floor 7 – North Courtroom, St. Louis, Missouri 63102:

• Motion for Relief from the Automatic Stay filed by Victoria L Huffstutler as Executor of the Estate of Fred A. Huffstutler, Deceased [Docket No. 144]

**WARNING: THIS MOTION SEEKS ENTRY OF AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU DO NOT WANT THE COURT TO GRANT RELIEF REQUESTED IN A MOTION, YOU OR YOUR ATTORNEY MUST ATTEND THE HEARING. IF YOU OR YOUR ATTORNEY DOES NOT ATTEND THE HEARING, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION.**

**YOU MUST FILE AND SERVE YOUR OBJECTION BY September 4, 2024.**

**YOUR OBJECTION MUST STATE WHY A MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY OBJECTION, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE A MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. THE TIME, DATE, AND LOCATION OF THE HEARING ARE SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY**

**CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

            GOLDENBERG, HELLER & ANTOGNOLI, P.C.

            By: /s/Joel A. Kunin
              Joel A. Kunin-17963
              2227 South State Route 157
              Edwardsville, IL 62025
              Telephone: 618.656.5150
              Facsimile: 618.656.6230
              Email: jkunin@ghalaw.com

            *Attorneys for Movant Victoria Huffstutler As Executor of the Estate of Fred A. Huffstutler, Deceased*

## Certificate of Service

  The undersigned certifies that a true and correct copy of the foregoing was served electronically this 14th day of August, 2024, via CM/ECF to all persons receiving notice through that system. The undersigned further certifies that a true and correct copy of the foregoing was served this 14th day of August, 2024, on all parties on the Debtors' most recent Master Notice list dated August 13, 2024 (a) by email, where email addresses are provided and (b) by the United States Postal Service, postage fully prepaid, in the event the most recent Master Notice List does not include an email address.

            /s/Joel A. Kunin