UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>**MIDWEST CHRISTIAN VILLAGES, INC.**<br>*et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-42473-659<br><br>Jointly Administered<br><br>Re: Docket No. 144 |

### ORDER ON MOTION OF VICTORIA L. HUFFSTUTLER AS EXECUTOR OF THE ESTATE OF FRED A. HUFFSTUTLER, DECEASED, FOR RELIEF FROM THE AUTOMATIC STAY

Upon the Motion of Victoria L Huffstutler as executor of the Estate of Fred A. Huffstutler, deceased, for relief from the Automatic Stay (the "Motion"), the Debtors' Objection thereto and the Movants reply; this Court having jurisdiction to consider the Motion; this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); a hearing having been held to consider the relief requested in the Motion; upon the record of the hearing and all of the proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion should be denied without prejudice.

IT is hereby ORDERED that the Motion is DENIED without prejudice to it being brought to the Court for its consideration at some later date.

Not later than two (2) business days after the date of this Order, the Debtors shall serve a copy of the Order and shall file a certificate of service no later than twenty-four (24) hours after service.

KATHY A. SURRATT-STATES
U.S. Bankruptcy Judge

DATED: September 23, 2024
St. Louis, Missouri
jjh

1

**Order Prepared By:**

Stephen O'Brien
**DENTONS US LLP**
211 N Broadway Ste 3000
St. Louis, MO 63102
Telephone: (314) 241-1800
stephen.obrien@dentons.com

Robert E. Richards (*pro hac vice*)
Samantha Ruben (*pro hac vice*)
Elysa Chew (*pro hac vice*)
**DENTONS US LLP**
233 S. Wacker Drive, Suite 5900
Chicago, Illinois 60606-6404
Telephone: (312) 876-8000
robert.richards@dentons.com
samantha.ruben@dentons.com
elysa.chew@dentons.com

– and –

David A. Sosne
MoBar # 28365
**SUMMERS COMPTON WELLS LLC**
903 South Lindbergh Blvd., Suite 200
St. Louis, Missouri 63131
Telephone: (314) 991-4999
dsosne@scw.law

*Co-Counsel to the Debtors and Debtors-in-Possession*

Approved as to Form Only:

*/s/ Draft*
Joel A Kunin – 17963

*Counsel for Movant*