UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>**MIDWEST CHRISTIAN VILLAGES, INC.** *et al.*,[1]<br><br>**Debtors.** | Chapter 11<br><br>Case No. 24-42473-659<br>(Jointly Administered) |

## MEMORANDUM OF FILING OF MASTER NOTICE LIST
## DATED MARCH 19, 2025

COME NOW Debtors and Debtors in Possession, Midwest Christian Villages, Inc. *et al.* (together, the "Debtors"), by and through their undersigned counsel, and file their Master Notice List dated March 19, 2025 pursuant to L.B.R. 9013-3(C)(1).

---

[1] The address of the Debtors headquarters is 2 Cityplace Dr, Suite 200, Saint Louis, MO 63141-7390. The last four digits of the Debtors' federal tax identification numbers are: (i) Midwest Christian Villages, Inc. [5009], (ii) Hickory Point Christian Village, Inc. [7659], (iii) Lewis Memorial Christian Village [3104], (iv) Senior Care Pharmacy Services, LLC [1176], (v) New Horizons PACE MO, LLC [4745], (vi) Risen Son Christian Village [9738], (vii) Spring River Christian Village, Inc. [1462], (viii) Christian Homes, Inc. [1562], (ix) Crown Point Christian Village, Inc. [4614], (x) Hoosier Christian Village, Inc. [3749], (xi) Johnson Christian Village Care Center, LLC [8262], (xii) River Birch Christian Village, LLC [7232], (xiii) Washington Village Estates, LLC [9088], (xiv) Christian Horizons Living LLC [4871], (xv) Wabash Christian Therapy and Medical Clinic, LLC [2894], (xvi) Wabash Christian Village Apartments, LLC [8352],(xvii) Wabash Estates, LLC [8743], (xviii) Safe Haven Hospice, LLC [6886], (xix) Heartland Christian Village, LLC [0196], (xx) Midwest Senior Ministries, Inc. [3401], (xxi) Shawnee Christian Nursing Center, LLC [0068], and (xxii) Safe Haven Hospice, LLC [6886].

Dated: March 20, 2025

**DENTONS US LLP**

*/s/ Stephen O'Brien*

Stephen O'Brien
(MoBar # 43977)
**DENTONS US LLP**
211 N Broadway Ste 3000
St. Louis, MO 63102
Telephone: (314) 241-1800
stephen.obrien@dentons.com

Robert E. Richards (admitted *pro hac vice*)
Samantha Ruben (admitted *pro hac vice*)
Elysa Chew (admitted *pro hac vice*)
**DENTONS US LLP**
233 S. Wacker Drive, Suite 5900
Chicago, Illinois 60606-6404
Telephone: (312) 876-8000
robert.richards@dentons.com
samantha.ruben@dentons.com
elysa.chew@dentons.com

– and –

David A. Sosne
(MoBar # 28365)
**SUMMERS COMPTON WELLS LLC**
903 South Lindbergh Blvd., Suite 200
St. Louis, Missouri 63131
Telephone: (314) 991-4999
dsosne@scw.law

*Co-Counsel to the Debtors and Debtors-in-Possession*

Master Notice List

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Email | Description |
|---|---|---|---|---|---|---|---|---|---|
| Beck & Sant, LLC | J. Talbot Sant, Jr. | 640 Cepi Drive, Suite A | | | Chesterfield | MO | 63005 | tal@beckandsantlaw.com | Counsel to CH Arcadia Holdco, LLC |
| Cullen and Dykman LLP | Elizabeth Aboulafia, Kelly McNamee | 333 Earle Ovington Blvd., 2nd Fl. | | | Uniondale | NY | 11553 | eaboulafia@cullenllp.com; kmcnamee@cullenllp.com | Counsel to the Official Committee of Unsecured Creditors |
| Cullen and Dykman LLP | Michael H. Traison, Michelle McMahon, Kyriaki Christodoulou | One Battery Park Plaza, 34th Fl. | | | New York | NY | 10004 | mtraison@cullenllp.com; mmcmahon@cullenllp.com; kchristodoulou@cullenllp.com | Counsel to the Official Committee of Unsecured Creditors |
| Dentons US LLP | Attnen O'Brien | 211 N Broadway Ste 3000 | | | St. Louis | MO | 63102 | stephen.obrien@dentons.com | Co-Counsel to the Debtors and Debtors-in-Possession |
| Dentons US LLP | Robert E. Richards, Samantha Ruben, Elysa Chew | 233 S. Wacker Drive, Suite 5900 | | | Chicago | IL | 60606-6404 | robert.richards@dentons.com; samantha.ruben@dentons.com; elysa.chew@dentons.com | Co-Counsel to the Debtors and Debtors-in-Possession |
| Donald H. (Resident) | Kelly & Castagna LLC | Laura Castagna | 121 N Main St. Fl 3 | | Bloomington | IL | 61701 | | Official Committee of Unsecured Creditors |
| Goldenberg Heller & Antognoli, P.C. | Steven M. Wallace, Joel A. Kunin | 2227 S. State Route 157 | P.O. Box 959 | | Edwardsville | IL | 62025 | steven@ghalaw.com; jkunin@ghalaw.com | Counsel to Lument Real Estate Capital, LLC and Victoria L. Huffstutler as Executor of the Estate of Fred A. Huffstutler, Deceased |
| Heyl, Royster, Voelker & Allen | Mark A Ludolph | 300 Hamilton Boulevard | P.O. Box 6199 | | Peoria | IL | 61601-6199 | peoecf@heylroyster.com; mludolph@heylroyster.com | Counsel to Hamilton Memorial Hospital District |
| Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson Ctr | 115 S La Salle St Ste 2300 | | Chicago | IL | 60603-3862 | bankruptcy_notices@ilag.gov | State Attorney General |
| Illinois Department of Employment Security | Attorney General of Illinois, Kwame Raoul | Assistant Attorney General, Deborah R. Sterling-Scott | Metro East Office Illinois Attorney General | 201 West Pointe Drive, Suite 7 | Swansea | IL | 62226 | d.sterlingscott@ilag.gov | Counsel to Illinois Department of Employment Security |
| Indiana Attorney General | Attn Bankruptcy Department | Indiana Govt Center South | 302 West Washington St 5th Fl | | Indianapolis | IN | 46204 | info@atg.in.gov | State Attorney General |
| Iowa Attorney General | Attn Bankruptcy Department | Hoover State Office Bldg | 1305 E. Walnut Street | | Des Moines | IA | 50319 | IDR.Bankruptcy@ag.iowa.gov | State Attorney General |
| Jennings Haug Keleher Mcleod Waterfall LLP | Chad L. Schexnayder | 2800 North Central Avenue, Suite 1800 | | | Phoenix | AZ | 85004 | CLS@jkwlawyers.com | Counsel to Alice Pickett |
| KCC dba Verita Global | Adam Gorman | 222 N Pacific Coast Highway | Suite 300 | | El Segundo | CA | 90245 | midwestchristianinfo@veritaglobal.com | Claims and Noticing Agent |
| Langley & Banack Inc. | David S. Gragg | Trinity Plaza II, Suite 700 | 745 East Mulberry | | San Antonio | TX | 78212 | dgragg@langleybanack.com | Counsel to Carvajal Technology Group |
| Lewis Rice LLC | John J. Hall | 600 Washington Ave., Suite 2500 | | | St. Louis | MO | 63101 | jhall@lewisrice.com | Counsel to CarDon & Associates, Inc. |
| Mathis, Marifian & Richter, Ltd. | Laura E. Schrick, Deanna L. Litzenburg | 23 Public Square, Suite 300 | | | Belleville | IL | 62220 | lschrick@mmrltd.com; dlitzenburg@mmrltd.com | Counsel to Shores Builders, Inc. |
| Michael Colliver, Jacqueline B. & Penny F. | Levin & Perconti | Jaime Koziol Delaney | 325 North LaSalle, Suite 300 | | Chicago | IL | 60654 | jak@levinperconti.com | Official Committee of Unsecured Creditors |
| Midwest Christian Villages, Inc. | | 2 Cityplace Dr, Suite 200 | | | St. Louis | MO | 63141-7390 | | Debtors |
| Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | Daniel Bleck, Aaron Williams | One Financial Center | | | Boston | MA | 02111 | AWilliams@mintz.com; DSBleck@mintz.com | Counsel to UMB Bank N.A. as Master Trustee and Successor Bond Trustee |
| Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | Dormie Yu Heng Ko | 919 Third Avenue | | | New York | NY | 10022 | dko@mintz.com | Counsel to UMB Bank, N.A. |
| Missouri Attorney General's Office | Attn Bankruptcy Dept | Supreme Court Bldg | 207 W High St. | PO Box 899 | Jefferson City | MO | 65101 | attorney.general@ago.mo.gov | Missouri Attorney General's Office |
| Missouri Attorney General's Office | Mary Long and Timothy Weaks | PO Box 861 | | | St. Louis | MO | 63188 | | Missouri Attorney General's Office and Counsel to Missouri Department of Labor, Division of Worker's Compensation, |

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Email | Description |
|---|---|---|---|---|---|---|---|---|---|
| Missouri Department of Revenue | Attn Bankruptcy Unit | Attn: James Treece | PO Box 475 | | Jefferson City | MO | 65105-0475 | edmoecf@dor.mo.gov | Counsel to Department of Revenue |
| Missouri Department of Revenue | Attn Bankruptcy Unit | 301 W High St | Harry S Truman State Office Building | | Jefferson City | MO | 65101 | bankruptcy@dor.mo.gov | Missouri Department of Revenue |
| Office of the Illinois Attorney General | Kwame Raoul, Attorney General State of Illinois. Rachael A. Stokas, Assistant Attorney General | 115 S LaSalle St. | Revenue Litigation Division | | Chicago | IL | 60603 | rachael.stokas@ilag.gov | Counsel to Illinois Department of Public Health |
| Office of the U.S. Trustee | Joseph Schlotzhauer, Trial Attorney | 111 South 10th St. | Suite 6.353 | | St. Louis | MO | 63102 | Joseph.schlotzhauer@usdoj.gov | The United States Trustee |
| Polsinelli PC | Matthew S. Layfield | 7676 Forsyth Blvd., Suite 800 | | | St. Louis | MO | 63105 | mlayfield@polsinelli.com | Counsel to RNG BEH CN CL MG LLC |
| Riezman Berger, P.C. | Kathryn A. Klein | 7700 Bonhomme, 7th Floor | | | St. Louis | MO | 63105 | klein@riezmanberger.com | Counsel to Denise Frank |
| Schmidt Basch, LLC | Amanda M. Basch | 1034 S. Brentwood Blvd., Ste. 1555 | | | St. Louis | MO | 63117 | abasch@schmidtbasch.com | Local Counsel to the Official Committee of Unsecured Creditors |
| Select Rehabilitation, LLC | Walker Roberts LLP | Diane Walker & Kristin Roberts | 1401 Branding Avenue, Suite 310 | | Downers Grove | IL | 60515 | | Official Committee of Unsecured Creditors |
| Sentinel Technologies, Inc. | Timothy Hill | 2550 Warrenville Rd. | | | Downers Grove | IL | 60515 | | Official Committee of Unsecured Creditors |
| Spencer Fane LLP | Eric L. Johnson, Eric C. Peterson, Andrea M. Chase | 1000 Walnut Street, Suite 1400 | | | Kansas City | MO | 64106 | ejohnson@spencerfane.com; epeterson@spencerfane.com; achase@spencerfane.com | Counsel to UMB Bank, N.A. |
| Summers Compton Wells LLC | David A. Sosne, Seth A. Albin, Brian J. LaFlamme | 903 S. Lindbergh Blvd, Suite 200 | | | St. Louis | MO | 63124 | dsosne@scw.law; dsosne@summerscomptonwells.com; salbin@summerscomptonwells.com; blaflamme@summerscomptonwells.com | Co-Counsel to the Debtors and Debtors-in-Possession |
| Thompson Coburn LLP | Brian W. Hockett | One US Bank Plaza | | | St. Louis | MO | 63101 | bhockett@thompsoncoburn.com | Counsel to Select Rehabilitation, LLC |
| United States Attorney for the Eastern District of Missouri | Sayler A. Fleming and Joshua M. Jones | Thomas F. Eagleton U.S. Courthouse | 111 South Tenth Street, 20th Floor | | St. Louis | MO | 63102 | joshua.m.jones@usdoj.gov | US Attorneys Office |
| United States Department of Justice, Civil Division | I-Heng Hsu | 1100 L Street, NW | Room 7102 | | Washington | DC | 20005 | i-heng.hsu@usdoj.gov | Counsel to the United States |
| United States Department of Justice, Civil Division | I-Heng Hsu | P.O. Box 875 | Ben Franklin Station | | Washington | DC | 20044-0875 | i-heng.hsu@usdoj.gov | Counsel to the United States |
| Utah Attorney General | Attn Bankruptcy Department | Utah State Capitol Complex | 350 North State Street, Suite 230 | | Salt Lake City | UT | 84114-2320 | bankruptcy@agutah.gov | State Attorney General |