**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **MIDWEST CHRISTIAN VILLAGES, INC.** *et al.*,[1] | **Case No. 24-42473-659 (Jointly Administered)** |
| **Debtors.** |  |

**CERTIFICATION OF END OF CASE PROCEDURES**

I, Adam J. Gorman, depose and say that I am employed Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On August 4, 2026, at my direction and under my supervision, employees of Verita have completed all of the following Court requirements in this matter:

[*Remainder of page intentionally left blank*]

---

[1] The address of the Debtors headquarters is 2 Cityplace Dr, Suite 200, Saint Louis, MO 63141-7390. The last four digits of the Debtors' federal tax identification numbers are: (i) Midwest Christian Villages, Inc. [5009], (ii) Hickory Point Christian Village, Inc. [7659], (iii) Lewis Memorial Christian Village [3104], (iv) Senior Care Pharmacy Services, LLC [1176], (v) New Horizons PACE MO, LLC [4745], (vi) Risen Son Christian Village [9738], (vii) Spring River Christian Village, Inc. [1462], (viii) Christian Homes, Inc. [1562], (ix) Crown Point Christian Village, Inc. [4614], (x) Hoosier Christian Village, Inc. [3749], (xi) Johnson Christian Village Care Center, LLC [8262], (xii) River Birch Christian Village, LLC [7232], (xiii) Washington Village Estates, LLC [9088], (xiv) Christian Horizons Living LLC [4871], (xv) Wabash Christian Therapy and Medical Clinic, LLC [2894], (xvi) Wabash Christian Village Apartments, LLC [8352],(xvii) Wabash Estates, LLC [8743], (xviii) Safe Haven Hospice, LLC [6886], (xix) Heartland Christian Village, LLC [0196], (xx) Midwest Senior Ministries, Inc. [3401], (xxi) Shawnee Christian Nursing Center, LLC [0068], and (xxii) Safe Haven Hospice, LLC [6886].

(a) all proofs of claim have been filed electronically into the Court's CM/ECF system;

(b) all transfers of claim have been filed electronically into the Court's CM/ECF system;

(c) all proofs of claim and transfers of claim have been disposed of and destroyed in accordance with the terms of the order and applicable law;

(d) such destruction ensures these records cannot be reconstructed; and

(e) in support of this certification, a copy of a Certificate of Destruction, Exhibit A, is attached certifying the destruction of the aforementioned records, the method of destruction, the date of destruction, and any reference number or other relevant information.

Dated: August 4, 2026

*/s/ Adam J. Gorman*
Adam J. Gorman
Verita
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel. 310.823.9000

2

# Exhibit A

## CERTIFICATE OF DESTRUCTION

This will confirm that I have personally destroyed/shredded all documents and materials in respect of the matter(s) listed below:

**Case No. 24-42473 - Midwest Christian Villages, Inc.**
**Case No. 24-42474 - Hickory Point Christian Village, Inc.**
**Case No. 24-42475 - Lewis Memorial Christian Village**
**Case No. 24-42476 - Senior Care Pharmacy Services, LLC**
**Case No. 24-42477 - New Horizons PACE MO, LLC**
**Case No. 24-42478 - Risen Son Christian Village**
**Case No. 24-42479 - Spring River Christian Village, Inc.**
**Case No. 24-42480 - Christian Homes, Inc.**
**Case No. 24-42481 - Crown Point Christian Village, Inc.**
**Case No. 24-42482 - Hoosier Christian Village, Inc.**
**Case No. 24-42483 - Johnson Christian Village Care Center, LLC**
**Case No. 24-42484 - River Birch Christian Village, LLC**
**Case No. 24-42485 - Washington Village Estates, LLC**
**Case No. 24-42486 - Christian Horizons Living, LLC**
**Case No. 24-42487 - Wabash Christian Therapy and Medical Clinic, LLC**
**Case No. 24-42488 - Wabash Christian Village Apartments, LLC**
**Case No. 24-42489 - Wabash Estates, LLC**
**Case No. 24-42491 - Heartland Christian Village, LLC**
**Case No. 24-42492 - Midwest Senior Ministries, Inc.**
**Case No. 24-42493 - Shawnee Christian Nursing Center, LLC**
**Case No. 24-43000 - Safe Haven Hospice, LLC**

Dated: August 4, 2026

*/s/ Adam J. Gorman*
Adam J. Gorman
Verita
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel. 310.823.9000

# Stericycle | Shred-it

**Date:** 07/27/2026

## Proof of Service Document

## Customer Profile

**Ship-To:**
KCC LLC-EL SEGUNDO
222 NORTH PACIFIC COAST
HIGHWAY3RD FLOOR
EL SEGUNDO, CA
90245, US

**Contact:**
**Customer Site #:**
**Phone #:**

Number of trees saved by your firm this year:

524



## Secure Document Destruction

### Order Summary

| | | | | |
|---|---|---|---|---|
| **Containers Serviced:** | 1 | **Truck Number:** | 001037C | |
| **Additional Items Serviced:** | | **Time In:** | 9:45 AM | |
| **Containers Not Serviced:** | | | | |
| | | | **Time Out:** | 9:46 AM |
| | | | **Truck Scan Time:** | 9:45 AM |

**Service Type:**   SERVICE

### Order Details

Containers Serviced

| Item Description | Quantity |
|---|---|
| CONSOLE (STANDARD) | 1 |

*Customer:*  Jennifer

*Service Professional:*  Jose Santos

This document serves as your Certificate of Destruction. Shred-it is committed to the secure destruction of its customers' confidential information. This certification will affirm that Shred-it destroys the customer confidential material, pursuant to our customers' request and instructions.

NAID Certified Services:Hard Drive Destruction, Mobile Destruction, Non-Paper Destruction, Offsite Destruction.
NAID Non Certified Services:Micro Media Destruction, Product Destruction, SSD Destruction.

For help, call 800-697-4733 (800-69-SHRED). Please have your customer site number available so we can get the right representative to your account.

Shred-it® is a Stericycle Solution.

**Stericycle**